In the Matter of the Accounting of CHARLES H. STOLL et al., as Successor Executors of and Successor Trustees under the Will of ANTONIN CHAPAL, Deceased.

CHARLES H. STOLL, as Successor Trustee, etc., Appellant; CLAUDIA CHAPAL et al., Respondents.

Argued April 12, 1938; decided May 17, 1938.

*Morris Rochman* for appellant.
*Edward B. Schulkind* for respondents.

Appeal dismissed, with costs payable out of the estate, on the ground that appellant is not a party aggrieved; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.